UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSONNE PIERRE, | Case No.:  26-cv-634-JO-MMP |
| Petitioner, | |
| | **MINUTE ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |
| v. | |
| WARDEN, OTAY MESA DETENTION CENTER, | |
| Respondent. | |

For the reasons stated in the Court's February 18, 2026 minute order [Dkt. 6] , the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Respondent shall RELEASE Petitioner by 5 p.m. on February 19, 2026. Respondent shall file an affidavit attesting to Petitioner's release by 5 p.m. on the following business day.

2. Respondent is enjoined from redetaining Petitioner without a pre-deprivation hearing before an immigration judge, at which the government bears the burden of proving by clear and convincing evidence that circumstances have materially

1

changed, rendering Petitioner a danger to the community or a flight risk. *See Singh v. Holder*, 638 F.3d 1996, 1203 (9th Cir. 2011). The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

3. Respondent shall file a declaration attesting to full compliance with these obligations. Respondent is ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

**IT IS SO ORDERED.**

Dated: February 18, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-634-JO-MMP